UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

AMAR TAYLOR,

Defendant.

No. 14-cr-212 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Following Defendant's guilty plea to charges including conspiracy to engage in racketeering activities in violation of 18 U.S.C. § 1962(d) and possession of a firearm in furtherance of that conspiracy in violation of 18 U.S.C. § 924(c), the Court sentenced Defendant to a term of imprisonment of 12.5 years and a term of supervised release of five years. (Doc. No. 603.) The Court also ordered Defendant to pay $5,120 in restitution pursuant to the Mandatory Victims Restitution Act, 18 U.S.C. § 3664. (Doc. No. 630.)

The Court is in receipt of the attached letter, dated May 5, 2022 and received May 10, 2022, in which Defendant requests that the Court modify the restitution payment schedule that he previously agreed to pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program ("IFRP"). The Court construes Defendant's letter to be a motion pursuant to 18 U.S.C. § 3664(k) to "adjust the payment schedule . . . as the interests of justice require" in light of a "material change in the defendant's economic circumstances that might affect the [D]efendant's ability to pay restitution." *See also United States v. Grant*, 235 F.3d 95, 100–01 (2d Cir. 2000) ("A change of the sort contemplated by the statute is identified by an objective comparison of a defendant's financial condition before and after a sentence is imposed.").

Because it appears that Defendant has entered into at least one additional IFRP agreement since the date of his letter, Defendant's motion is hereby DENIED, without prejudice to renewal, as moot.  In the event that Defendant wishes to renew his motion to adjust his restitution schedule, he is directed to file his motion in compliance with the Court's Individual Rules and Practices by sending it to the Pro Se Intake Unit, 40 Foley Square, Room 105, New York, New York 10007.  The Clerk of Court is respectfully directed to mail a copy of this order to Defendant.

SO ORDERED.

Dated:       November 10, 2022
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

RECEIVED
2022 MAY 10 AM 10: 15
CLERK'S OFFICE
U.S. COURT OF APPEALS

May 5th, 2022

Your Honor:

I am writing directly to the court because I am currently unrepresented. My apperate lawyer's assignment ended with the denial of certiorari by the Supreme Court, and he has retired from practice for health reasons.

I recently missed a restitution payment because of the lack of jobs in my institution. The only jobs I can get pays 5.25 a month and my payment is $100 a month. I was wondering if the court can modify my payment schedule so that it is possible for me to meet it? I ask this because the BOP is following the ruling the court has made on my restitution there is another inmate whose court did the same for him. When I don't make an payment I get put on refusal and that stops me from being able to sign up for programs. I have 30 months left, so that means $3,000 that I do not have, please it will help if the court allows me to pay the rest of my fine upon release or pay 25% of what I make working at the institution. Thank you for the consideration, I am really trying to better myself.

Very truly yours,

Amar Taylor

Amar Taylor 70885-054
FCC complex yazoo city
Yazoo city, MS 39194

SM P3
SDNY

300 Pearle street
New York New York 10007
Honorable RIchard J Sullivan

JACKSON MS 390
6 MAY 2022 PM 2 L

10007-131699

